IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01113-RBJ-MEH

DUC MINH TAI and
KAHN TAI,

    Plaintiffs,

v.

HAOI THE PHAM and
CHRISTINA TAI

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2013.**

    The Unopposed Motion to Withdraw as Attorney of Record, Notice of Intention to Withdraw, and Certificate of Mailing [filed February 7, 2013; docket #22] filed by John P. Glenn is **granted**. The Court is satisfied with the notice given to Defendant Pham and finds good cause to **terminate** Mr. Glenn's representation of Mr. Pham in this action.