IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01113-RBJ-MEH

DUC MINH TAI and
KAHN TAI,

    Plaintiffs,

v.

HAOI THE PHAM and
CHRISTINA TAI

    Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2013.**

The Motion to Issue Payment from Monies on Deposit with the Court [filed February 26, 2013; docket #25] filed by Drew S. Richman is **denied without prejudice** for failure to comply with the Local Rules.

Regarding the format of the Motion, Mr. Richman has failed to comply with D.C. Colo. LCivR 10.1E, which states that "all papers shall be double-spaced." Likewise, the caption of the Motion does not conform to the requirements set forth in D.C. Colo. LCivR 10.1J.

With respect to the content of the Motion, Mr. Richman has failed to comply with D.C. Colo. LCivR 7.1A. The Court reminds Mr. Richman that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.* Mr. Richman's Motion contains no indication of his attempts to confer with the parties or their counsel prior to seeking relief from the Court.